OFFICE OF DISCIPLINARY
COUNSEL, Petitioner

v.

Ronald John WOROBEY, Respondent.

No. 315, Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 2, 2001.

*ORDER*

PER CURIAM.

AND NOW, this 2nd day of August, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board dated June 7, 2001, it is hereby

ORDERED that RONALD JOHN WOROBEY be and he is DISBARRED from the Bar of this Commonwealth retroactive to May 24, 1997, and he shall comply with all the provisions of Rule 217, Pa. R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.